IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELORES VINCENT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | NO. 10-2335 |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security | : | |
| Administration, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 14th day of March, 2011, after careful review and independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, and Defendant's Response to Request for Review of Plaintiff, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated February 11, 2011, no objections having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated February 11, 2011, is **APPROVED** and **ADOPTED**;

2. The relief sought by plaintiff, Delores Vincent, in the Request for Review is **DENIED**;

3. **JUDGMENT IS ENTERED** in favor of defendant, Michael J. Astrue, Commissioner of Social Security Administration, and **AGAINST** plaintiff, Delores Vincent; and,

4. The Clerk of Court shall **MARK** the case **CLOSED.**

BY THE COURT:

_____
JAN E. DUBOIS, J.